KELLEY DRYE & WARREN LLP
Michael J. O'Connor (State Bar No. 090017)
David E. Fink (State Bar No. 169212)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
moconnor@kelleydrye.com
dfink@kelleydrye.com

KELLEY DRYE & WARREN LLP
Laurence J. Lasoff (*Pro Hac Vice Application Forthcoming*)
Ira T. Kasdan (*Pro Hac Vice*)
Joseph D. Wilson (*Pro Hac*)
Washington Harbour, Suite 400
3050 K Street, N.W.
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451
jwilson@kelleydrye.com
llasoff@kelleydrye.com
ikasdan@kelleydrye.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAYFAIR HOUSE INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF WEST HOLLYWOOD, CALIFORNIA<br><br>Defendant. | Case No. CV 13-07112 GHK (RZx)<br><br>**JOINT STIPULATION TO GRANT PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT (L.R. 15-1 TO 15-4) AND REQUEST FOR THE ENTRY OF THE SAME AS AN ORDER OF COURT**<br><br>Complaint Served: Sept. 26, 2013<br>Current Response Date: Nov. 15, 2013<br>[Assigned to The Hon. George H. King] |

DC01\WilsJo\521431.2

JOINT STIPULATION TO GRANT PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT

Plaintiff Mayfair House Inc. ("Mayfair") and Defendant City of West Hollywood ("West Hollywood" or the "City"), by and through their respective attorneys, hereby jointly stipulate, consent to, and agree as follows:

### RECITALS

1. Mayfair served the City with Mayfair's Complaint in this action on September 26, 2013.

2. The current deadline for the City's response to the Complaint is November 15, 2013 pursuant to a stipulation between the parties submitted pursuant to Local Rule 8-3.

3. Counsel for the City advised counsel for Mayfair that the City intends to file a motion to dismiss the Complaint, and counsel for the parties thereafter conferred in an attempt to resolve the subject matter of that motion, but were unable to do so.

4. Prior to submitting this joint stipulation, counsel for Mayfair advised counsel for the City of Mayfair's intent to submit a First Amended Complaint, and of the significant changes in the First Amended Complaint over the original Complaint. A copy of the First Amended Complaint is attached hereto as Appx. A.

5. Under Federal Rule of Civil Procedure 15(a)(2), a party may amend its complaint with the opposing party's written consent. The City consents to Mayfair having leave to file its First Amended Complaint, and the written consent of the City in this regard is indicated by the signature of its counsel to this stipulation.

### STIPULATION

IT IS HEREBY STIPULATED, CONSENTED TO, AND AGREED by the parties hereto as follows: Mayfair is hereby granted leave to file its First Amended Complaint.

\* \* \* \* \* \* \*

The parties respectfully request that the Court enter this joint stipulation as an Order of the Court. A proposed Order to that effect is appended hereto.

| | | |
|---|---|---|
| DATED: | November 5, 2013 | Respectfully submitted |

KELLEY DRYE & WARREN LLP
Michael J. O'Connor
David E. Fink
Ira T. Kasdan (*pro hac vice*)
Joseph D. Wilson (*pro hac vice*)

By: _____
Michael J. O'Connor
Attorneys for Plaintiff Mayfair House Inc.

| | | |
|---|---|---|
| DATED: | November 5, 2013 | JENKINS & HOGGIN LLP |

By: _____
Gregg Kovacevich
Attorneys for Defendant West Hollywood

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Twenty-Third Floor, Los Angeles, California 90067-4008.

On November 5, 2013, I served true copies of the following document(s) described as **JOINT STIPULATION TO GRANT PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT (L.R. 15-1 TO 15-4) AND REQUEST FOR THE ENTRY OF THE SAME AS AN ORDER OF COURT** on the interested parties in this action as follows:

Michael Jenkins
City Attorney, City of West Hollywood
Christi Hogin
Gregg W. Kettles
Gregg Kovacevich
JENKINS & HOGIN, LLP
1230 Rosecrans Avenue, Suite 110
Manhattan Beach, CA 90266
T: (310) 643.8448
F: (310) 643.8441

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kelley Drye & Warren LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 5, 2013, at Los Angeles, California.

Carla K. Rossi

50634631 0685.1.doc