# EXHIBIT 1

# (THE ORDINANCE)

Case 2:13-cv-07112-GHK-RZ Document 17-3 Filed 11/05/13 Page 2 of 4 Page ID #:152

9.51.010 Findings. Page 1 of 2

West Hollywood Municipal Code

Up    Previous    Next    Main        Search    Print    No Frames

Title 9 Public Peace, Morals and Safety
Article 4 – Animals
Chapter 9.51 Sale of Fur Products

**9.51.010 Findings.**

a. Existing federal and state laws regulate the sale of dog and cat fur products. This includes the Dog and Cat Protection Act of 2000 (19 U.S.C. Section 1308) and California Penal Code Section 598a.

b. The Federal Dog and Cat Protection Act of 2000 makes it unlawful to import into, or export from, the United States any dog or cat fur product; or to engage in interstate commerce, sell, offer to sell, trade, advertise, transport, or distribute in interstate commerce, any dog or cat fur product. Any person who violates this Act may be assessed a civil penalty up to ten thousand dollars ($10,000.00) per violation.

c. The Federal Fur Products Labeling Act (15 U.S.C. Sections 69, et seq.) makes it unlawful to introduce, or manufacture for introduction, into commerce, sale, advertising or offering for sale in commerce, or the transportation or distribution in commerce, of any fur product which is misbranded or falsely or deceptively advertised or invoiced.

d. California Penal Code Section 598a makes it a misdemeanor to possess, import into the state, sell, buy give away or accept any pelt of a dog or cat with the sole intent of selling or giving away the pelt of the dog or cat. Also, Title 14, Part 1 of the California Penal Code criminalizes a variety of other offenses against animals, including willfully administering poison to any animal (California Penal Code Section 596), cruelty to animals (California Penal Code Section 597), failure to care for animals (California Penal Code Section 597f) and abandonment of animals (California Penal Code Section 597s).

e. The State Legislature has also considered other animal protection measures, including prohibiting the sale of products that result from the force feeding of a bird for the purpose of enlarging the bird's liver beyond normal size (Senate Bill 1520); and prohibiting the possession, sale, trade or distribution of shark fin (Assembly Bill 376).*

f. Neither the federal government, nor the state legislature, has endeavored to regulate the sale of fur products, excluding the sale of dog or cat fur products. Until the federal government or the state legislature decides to regulate the sale of fur products from other types of animals, local governments are free to limit the types of procedures that may be performed within their jurisdiction for the protection of the public health, safety and general welfare.

g. The City Council finds that animals that are slaughtered for their fur, whether they are raised on a fur farm or trapped in the wild, endure tremendous suffering. Animals raised on fur farms typically spend their entire lives in cramped and filthy cages. Fur farmers typically use the cheapest killing methods available, including suffocation, electrocution, gas and poison.

h. According to the World Society for the Protection of Animals, it is estimated that fur farms produce eight-five percent of fur in the world. Every year, an estimated sixty million mink and six and one-half million foxes are killed on fur farms alone. If rabbits are included, the number of animals killed every year solely for their fur may far exceed one billion.

i. According to the Humane Society of the United States, the fur industry kills more than fifty million animals a year. On fur factory farms around the world, millions of raccoon dogs, rabbits, foxes, mink, chinchillas, and other animals spend their lives in wire cages, only to be killed by anal electrocution, by neck-breaking, or in gas chambers. Raccoon dogs have been documented to be skinned alive, and this type of fur is widely sold in the United States, commonly advertised falsely or labeled as either a different type of animal fur

Case 2:13-cv-07112-GHK-RZ Document 17-3 Filed 11/05/13 Page 3 of 4 Page ID #:153

9.51.010 Findings. Page 2 of 2

or faux fur. Fur products are commonly not labeled at all.

    j. Considering the wide array of alternatives for fashion and apparel, the City Council finds that the demand for fur products does not justify the unnecessary killing and cruel treatment of animals.

    k. The City Council believes that eliminating the sale of fur products will promote community awareness of animal welfare and, in turn, will foster a consciousness about the way we live in the world and create a more humane environment in the city.

    l. The City Council finds that the current state of the sale of fur products in the City of West Hollywood is inconsistent with the city's goal to be a community that cares about animal welfare and the city's reputation as a Cruelty Free Zone for animals.

    m. The City Council believes that eliminating the sale of fur products will promote community awareness of animal welfare and, in turn, will foster a more humane environment in the city.

    n. The City Council enacts this ordinance pursuant to the authority vested in the city by Article XI, Section 7 of the California Constitution allowing a city to make and enforce within its limits all local, police, sanitary, and other ordinances and regulations not in conflict with general laws.

---

\* These bills have signed into law by the Governor; however they do not become operative until July 1, 2012 and January 1, 2012, respectively.

(Ord. 11-877 § 1, 2011)

Case 2:13-cv-07112-GHK-RZ Document 17-3 Filed 11/05/13 Page 4 of 4 Page ID #:154

9.51.020 Sale of fur products. Page 1 of 1

**West Hollywood Municipal Code**

Up    Previous    Next    Main    Search    Print    No Frames

Title 9 Public Peace, Morals and Safety
Article 4 – Animals
Chapter 9.51 Sale of Fur Products

**9.51.020 Sale of fur products.**

  a. *Definitions.* For purposes of this chapter, the following definitions shall apply:

   1. "Fur" means any animal skin or part thereof with hair, fleece, or fur fibers attached thereto, either in its raw or processed state, but shall not include such skins as are to be converted into leather or which in processing shall have the hair, fleece, or fur fiber completely removed.

   2. "Fur product" means any article of wearing apparel made in whole or in part of fur; excluding dog or cat fur product to which Section 308 of the Tariff Act of 1930 applies.

   3. "Non-profit organization" means any corporation that is organized under 26 U. S. C. Section 501(c)(3) that is created for charitable, religious, philanthropic, educational or similar purposes.

   4. "Taxidermy" means the practice of preparing and preserving the skin of an animal that is deceased and stuffing and mounting it in lifelike form.

   5. "Used fur" means fur in any form which has been worn or used by an ultimate consumer.

   6. "Wearing apparel," as used in the definition of a fur product in subsection 3, means any articles of clothing or covering for any part of the body.

  b. *Prohibition.* It shall be unlawful to sell, import, export, trade, or distribute any fur product by any means anywhere within the City of West Hollywood on or after September 21, 2013.

  c. *Exemption.* This section shall not apply to the sale, importation, exportation, trade or distribution of:

   1. Fur products by a non-profit organization; or

   2. The pelt or skin of an animal that is preserved through taxidermy or for the purpose of taxidermy; or

   3. Used fur products by a private party (excluding a retail transaction), nonprofit organization or second-hand store, including a pawn shop.

(Ord. 11-877 § 1, 2011)