# EXHIBIT 4

# (Flier Handed to Mayfair By City Representatives circa 10/25/13)



## Things you should know about the City of West Hollywood Fur Ordinance

- **All retail establishments** located within the City of West Hollywood will be prohibited from selling, trading, distributing, importing or exporting any fur product as of September 21, 2013.

- **The Ordinance only applies to** "wearing apparel" as defined as "any articles of clothing or covering for any part of the body," which would include shoes, boots, hats, and gloves. Based on the Ordinance's definition of wearing apparel, purses, jewelry and pocketbooks are not considered wearing apparel and therefore are not prohibited under this Ordinance. Furniture is also not prohibited under this Ordinance.

- **The term "fur product" means** any item of personal attire, clothing or garment, which is composed in whole or in part from the pelt or skin of any animal with its hair, fleece (wool) or fur attached. The ban applies to shearling products, as the skin for such products is tanned with the wool still attached.

- **Businesses located within West Hollywood** are prohibited from selling fur apparel online and shipping from a West Hollywood location.

- **The Ordinance does not apply to** the sale, importation, exportation, trade or distribution of: (1) Fur products by a non-profit organization; (2) The pelt or skin of an animal that is preserved through taxidermy or for the purpose of taxidermy; or (3) Used fur products by a private party (excluding a retail transaction), non-profit organization or second-hand store, including a pawn shop.

- Although the Ordinance does not expressly state that it is unlawful to display a fur product, if a West Hollywood retailer displaying a fur product has imported it for the purpose of selling the product, the act of importing the product would violate the Ordinance.

- A violation of the Ordinance is subject to a civil administrative penalty in accordance with the City of West Hollywood 2013-14 Fee Schedule:
    - **Admin Fee** - $50
    - **First Offense** - $200 plus admin fee
    - **Second Offense** (within a twelve-month period) - $400 plus admin fee
    - **Third Offense** (within a twelve-month period) - $800 plus admin fee
    - **Any additional offense** within a twelve-month period charged as an infraction or misdemeanor



For more information, please contact Senior Code Compliance Officer, John Berndt at (323) 848-6484 or by email at jberndt@weho.org