**FILED: 5/6/14**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Mayfair House, Inc.*, <br>       **Plaintiff,** <br>     v. <br> *City of West Hollywood*, <br>       **Defendant.** | CASE NO. CV 13-7112-GHK (RZx) <br><br> **JUDGMENT** |

    Pursuant to the Court's May 5, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's due process, equal protection, and § 1983 claims are **DISMISSED with prejudice**. Plaintiff's state law claims are **DISMISSED without prejudice**. Plaintiff shall take nothing by this Complaint.

    **IT IS SO ORDERED**.

DATED: May 6, 2014

_____
GEORGE H. KING
Chief United States District Judge